UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEIKO S. PATTON,

          Plaintiff,

    v.

DAVID P. STEINER,[1]

          Defendant.

Case No.  2:23-cv-0048-DJC-JDP (PS)

ORDER TO SHOW CAUSE

In May 2025, I directed service for Doug Tulino, the then-Postmaster General.  To date, defendant has not appeared in this action.  On September 5, 2025, the United States Marshal filed a proof of service reflecting that it mailed defendant certified copies of the summons and complaint on July 15, 2025, which was delivered on July 25, 2025.  ECF No. 15.  This filing, however, fails to demonstrate that defendant has been properly served.

"A federal court does not have jurisdiction over a defendant unless the defendant has been served properly under Fed. R. Civ. P. 4."  *Direct Mail Specialists, Inc. v. Eclat Computerized Techs., Inc.*, 840 F.2d 685, 688 (9th Cir. 1988) (citing *Jackson v. Hayakawa*, 682 F.2d 1344, 1347 (9th Cir. 1982)).  To serve a United States officer, plaintiff "must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to" the officer.

---

[1] Defendant Tulino was automatically substituted for David Steiner under Federal Rule of Civil Procedure 25(d).  *See* Fed. R. Civ. P. 25(d).

1

Fed. R. Civ. P. 4(i)(2).  To properly serve the United States, plaintiff is required to deliver a copy of the summons and complaint to the United States Attorney for the Eastern District of California and to also send, by registered or certified mail, copies of each to the Attorney General of the United States in Washington, D.C.  Fed. R. Civ. P. 4(i)(1).

Although the USM sent defendant by certified mail copies of the summons and complaint, there is no indication that it also sent copies of the same documents to the United States Attorney's office for this district and the Attorney General of the United States.  Accordingly, the USM is directed complete additional service compliant with Federal Rule of Civil Procedure 4(i).

Accordingly, it is hereby ORDERED that:

1.  The Clerk of Court is directed to forward to the United States Marshal the instructions for service of process, the completed summons, copies of the complaint, copies of the form Consent to Proceed Before a United States Magistrate Judge, and copies of this order.

2.  For the United States of America:

    a.  The United States Marshal shall either:

        i.  Deliver a copy of the summons and complaint to the United States Attorney for the Eastern District of California, or to an assistant United States Attorney or clerical employee whom the United States Attorney has designated in a writing filed with the court clerk;

          or

        ii.  Send a copy of the summons and complaint by registered or certified mail to the civil process clerk at the United States Attorney's Office for the Eastern District of California.

    b.  The United States Marshal shall send a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States in Washington, D.C. at Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

IT IS SO ORDERED.


Dated:   April 28, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE