ERIC GRANT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 9916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEIKO PATTON,

Plaintiff,

v.

DAVID STEINER, Postmaster General of the United States Postal Service,

Defendant.

No. 2:23-CV-0048-DJC-JDP

**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO FILE ANSWER TO COMPLAINT**

Good cause having been shown,

IT IS HEREBY ORDERED that the United States of America shall have until, and including, August 25, 2026, to file a response to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: July 30, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE